Case 1:07-cv-06847    Document 3    Filed 12/05/2007    Page 1 of 1



## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                       Case Number:

Safran LLC
   v.
Safran S.A. and Safran U.S.A., Inc.

**FILED**
KC
DEC 0 5 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Safran LLC

**07CV6847
JUDGE GETTLEMAN
MAGISTRATE JUDGE COX**

| | |
|---|---|
| NAME (Type or print) <br> S. Patrick McKey | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/ S. Patrick McKey | |
| FIRM <br> Bell, Boyd & Lloyd LLP | |
| STREET ADDRESS <br> 70 West Madison Street, Suite 3100 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6201588 | TELEPHONE NUMBER <br> (312) 807-4408 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |