IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAFRAN LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-cv-6847 |
| ) | |
| v. ) | Hon. Robert W. Gettleman |
| ) | Magistrate Susan E. Cox |
| SAFRAN S.A. and SAFRAN ) | |
| U.S.A., INC. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**CERTIFICATION REGARDING MEDIATION DOCUMENTS**

Pursuant to Local Rule 16.3, Plaintiff's counsel hereby certifies that copies of the Court's documents regarding the Voluntary Mediation Program have been provided to Plaintiff and to the attorney believed to be representing both Defendants in this matter. Plaintiff's counsel further certifies that these documents were provided within twenty (20) days of receipt of the documents from the Court. To the extent that alternative or additional counsel appears on behalf of the Defendant(s), Plaintiff's counsel will provide copies of said documents to counsel within twenty (20) days thereof.

Respectfully submitted,

Dated: December 12, 2007

 _/s/ Jeana R. Lervick_
S. Patrick McKey
Jeana R. Lervick
BELL, BOYD & LLOYD LLP
70 West Madison Street
Suite 3100
Chicago, Illinois 60602
(312) 372-1121
(312) 827-8000 (fax)

884426/D/2