## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the attached document, CERTIFICATION REGARDING MEDIATION DOCUMENTS, to be served on:

Mr. Brian B. Darville
OBLON, SPIVAK, MCCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, Virginia  22314

via U.S. mail, this 12th day of December, 2007.

                                             ___/s/ Jeana R. Lervick_____