IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAFRAN LLC, )<br>)<br>   Plaintiff, )<br>) | <br><br>Civil Action No. 07-cv-6847 |
|    v. )<br>) | Hon. Robert W. Gettleman<br>Magistrate Susan E. Cox |
| SAFRAN S.A. and SAFRAN )<br>U.S.A., INC. )<br>)<br>   Defendants. )<br>_____) | |

## NOTICE OF AFFILIATES UNDER LOCAL RULE 3.2

Pursuant to Local Rule Local Rule 3.2 of the United States District Court for the Northern District of Illinois, Plaintiff Safran LLC, by its attorneys, states that it has no parent corporations, no publicly held company owns 5% or more of its stock and its sole member is Jean-Laurent Vilon.

Dated: January 8, 2008

                   Respectfully submitted,

                   __/s/ Jeana R. Lervick_____
                   S. Patrick McKey
                   Jeana R. Lervick
                   BELL, BOYD & LLOYD LLP
                   70 West Madison Street
                   Suite 3100
                   Chicago, Illinois 60602
                   (312) 372-1121
                   (312) 827-8000 (fax)