**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the attached document, NOTICE OF AFFILIATES UNDER LOCAL RULE 3.2, to be served on:

Mr. Jeffrey H. Kaufman
OBLON, SPIVAK, MCCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, Virginia 22314

via U.S. mail, this 8th day of January, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　___/s/ Jeana R. Lervick_____