IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SAFRAN LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 07-cv-6847 |
| | ) | |
| v. | ) | Hon. Robert W. Gettleman |
| | ) | Magistrate Susan E. Cox |
| SAFRAN S.A. and SAFRAN U.S.A., INC. | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATION REGARDING EXTENSION OF TIME**

Plaintiff Safran LLC ("Safran") and Defendants Safran S.A. ("S-France") and Safran U.S.A., Inc. ("S-U.S.A.") (collectively "the Parties") by and through their respective counsel hereby stipulate as follows:

1. The deadline by which S-U.S.A. must answer or otherwise plead to Safran's Complaint is currently February 4, 2008, however the Parties are currently involved in settlement discussions that will — if successful — resolve this litigation;

2. Safran agrees to an extension of time for S-U.S.A. to answer or otherwise plead to March 4, 2008;

3. Safran and S-U.S.A. agree that the date by which S-France must answer or otherwise plead is March 4, 2008;

4. The parties also agree that S-France and S-U.S.A. reserve the right to seek a further extension of time from the Court to answer or otherwise plead, if necessary, and Safran reserves the right to oppose any motion by S-France and S-U.S.A. seeking such extension; and,

895719/D/1

5. No prejudice or undue delay will result in the granting of the foregoing extension.

                                                  Respectfully submitted,

Dated: February 1, 2008

                                                  __*/s/ Jeana R. Lervick*_____
S. Patrick McKey
Jeana R. Lervick
BELL, BOYD & LLOYD LLP
70 West Madison Street
Suite 3100
Chicago, Illinois 60602
(312) 372-1121
(312) 827-8000 (fax)