## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the attached document, STIPULATION REGARDING EXTENSION OF TIME, to be served on:

Mr. Jeffrey H. Kaufman
OBLON, SPIVAK, MCCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, Virginia  22314


via e-mail, confirmation via U.S. Mail, this 1st day of February, 2008.


_____/s/ Jeana R. Lervick_____