IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SAFRAN LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 07-cv-6847 |
| | ) | |
| v. | ) | Hon. Robert W. Gettleman |
| | ) | Magistrate Susan E. Cox |
| SAFRAN S.A. and SAFRAN U.S.A., INC. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, Safran, LLC, hereby voluntarily dismisses the above-captioned action, with leave to refile within sixty (60) days, as the parties have reached an amicable resolution of the disputes delineated therein. Defendants Safran S.A. and Safran U.S.A., Inc. have accepted service, but have not served answers to the Complaint in this action nor motion(s) for summary judgment or any other case-dispositive motion.

In accordance therewith, Safran, LLC, through its counsel, dismisses this action without an order of the Court under Fed. R. Civ. P. 41(a)(1)(i).

Respectfully submitted,

Dated:  March 4, 2008

　　/s/ Jeana R. Lervick　　
S. Patrick McKey
Jeana R. Lervick
BELL, BOYD & LLOYD LLP
70 West Madison Street
Suite 3100
Chicago, Illinois 60602
(312) 372-1121
(312) 827-8000 (fax)
(312) 372-1121