## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused a copy of the attached document, **Notice of Voluntary Dismissal**, to be served on:

Mr. Jeffrey H. Kaufman
OBLON, SPIVAK, MCCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, Virginia  22314

via e-mail, confirmation via U.S. Mail, this 4th day of March, 2008.

_____ */s/ Jeana R. Lervick*_____