## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6847 | **DATE** | 3/5/2008 |
| **CASE TITLE** | Safran LLC   vs   Safran S.A . et al | | |

**DOCKET ENTRY TEXT:**

This action is voluntarily dismissed under Fed. R. Civ. P. 41(a)(1)(I).

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|